# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2021AP311-CR |

| | |
|---|---|
| COMPLETE TITLE: | State of Wisconsin,<br>　　　　Plaintiff-Respondent-Petitioner,<br>　　v.<br>Donte Quintell McBride,<br>　　　　Defendant-Appellant. |

REVIEW OF DECISION OF THE COURT OF APPEALS
Reported at 405 Wis. 2d 771,985 N.W.2d 452
(2023 – unpublished)

| | |
|---|---|
| OPINION FILED: | October 10, 2023 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | September 15, 2023 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | Milwaukee |
| JUDGE: | Jonathan D. Watts |

| | |
|---|---|
| JUSTICES: | |
| Per Curiam. | |
| NOT PARTICIPATING: | |
| Janet C. Protasiewicz, J. | |

ATTORNEYS:

For the plaintiff-respondent-petitioner, there were briefs filed by *Kieran M. O'Day*, assistant attorney general, with whom on the brief was *Joshua L. Kaul*, attorney general. There was an oral argument by *Kieran M. O'Day,* assistant attorney general.

For the defendant-appellant, there was a brief filed by *Jill M. Skwor,* assistant state public defender. There was an oral argument by *Jill M. Skwor*, assistant state public defender.

**2023 WI 68**

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2021AP311-CR
(L.C. No. 2018CF5172)

STATE OF WISCONSIN       :       IN SUPREME COURT

**State of Wisconsin,**

     **Plaintiff-Respondent-Petitioner,**

     **v.**

**Donte Quintell McBride,**

     **Defendant-Appellant.**

**FILED**

**OCT 10, 2023**

Samuel A. Christensen
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals. *Affirmed.*

¶1 PER CURIAM. The decision of the court of appeals is affirmed by an equally divided court.

¶2 JANET C. PROTASIEWICZ, J., did not participate.